IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

           Plaintiff,

v.

25.202 ACRES Of LAND and building
affixed to the land located in the Town of
Champlain, Clinton County, New York; and
Amexx Warehouse Company, Inc, dba
Duty Free Americas, Inc, *et al.*,

           Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
06-CV- 0428 (NAM/GJD)



U.S. DISTRICT COURT - N.D. of N.Y.
FILED
APR 6 2006
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

## ORDER FOR DELIVERY OF IMMEDIATE POSSESSION OF REAL PROPERTY

A Complaint in Condemnation and a Declaration of Taking dated March 16, 2006, having been filed herein by the United States on April 4, 2006, together with a deposit by the United States of estimated just compensation with the Clerk of the Court, the United States now moves *ex parte* for an order granting it immediate possession of the real property described in the Complaint and Declaration of Taking.

Upon review, it appears to the satisfaction of the Court that United States is entitled by law to immediate possession of said real property. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that any and all persons in possession or control of the real property described in the Complaint and Declaration of Taking filed herein, including the Defendants to this action, immediately surrender possession and control of said real property to the United States to the extent of the estate condemned, and

<u>U.S. v. 25.202 Acres.etc.</u> (Amexx Property)
Civil Action No. 06-CV-0428 (NAM/GJD)
April 5, 2006
Page 2

**IT IS FURTHER ORDERED** that the United States serve a copy of this Order upon all persons in possession or control of said real property forthwith.

April 6th, 2006
Syracuse, New York

_____
HONORABLE NORMAN A. MORDUE
Chief, United States District Judge