IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>25.202 ACRES Of LAND and building affixed to the land located in the Town of Champlain, Clinton County, New York; and Amexx Warehouse Company, Inc., d/b/a Duty Free Americas, Inc., et al.,<br><br>Defendants. | Civil Action No.<br>06-cv-0428 (NAM/GJD) |



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT - 4 2006
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

## ORDER FOR PAYMENT OF MONEY

Upon consideration of the Petition for Disbursement of Funds On Deposit in the Registry of this Court as estimated compensation for the taking of property, the Affidavit submitted in support thereof, and with the consent of the United States Attorney, it is hereby

ORDERED that the Clerk of this Court shall issue a check in the amount of $143,000.00 payable to "Amexx Warehouse Company, Inc. d/b/a Duty Free Americas, Inc." and deliver such check to Kimberly M. Zimmer, Esq., Green & Seifter, Attorneys, PLLC, 110 West Fayette Street, Suite 900, Syracuse, New York 13202; and it is

FURTHER ORDERED that if it is ultimately determined that the Defendants are entitled to less than the above-stated amount, then Defendants shall return the difference to the Court with interest from the date of this Order to the date of repayment.

Dated: October 4th, 2006

Hon. Norman A. Mordue
Chief U.S. District Court Judge